BENJAMIN B. WAGNER
United States Attorney
YOSHINORI H. T. HIMEL #66194
Assistant United States Attorney
Eastern District of California
501 I Street, Suite 10-100
Sacramento, CA  95814-2322
Telephone:  (916) 554-2760
Facsimile:   (916) 554-2900
email: yoshinori.himel@usdoj.gov

Attorneys for Petitioner United States of America

# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Petitioner, <br><br> v. <br><br> JUVENTINO RODRIGUEZ-REYES, President, REYES PALLETS, INC. <br><br> Respondent. | 1:14-cv-00260-AWI-GSA <br><br> **ORDER TO VACATE HEARING AND CLOSE FILE** <br><br> **Taxpayer:** <br> **REYES PALLETS, INC.** |

## ORDER

Upon Petitioner's notice of Respondent's deportation and request to vacate hearing, the hearing set for May 9, 2014, is VACATED.

The Clerk shall close this action.

IT IS SO ORDERED.

Dated:  April 29, 2014              _____
                                                                SENIOR  DISTRICT  JUDGE

[PROPOSED] ORDER TO VACATE HEARING AND CLOSE FILE  FILE

1